Moore v Google LLC (2024 NY Slip Op 50150(U))

[*1]

Moore v Google LLC

2024 NY Slip Op 50150(U)

Decided on February 15, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 15, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Perez, JJ.

571318/23

Teddy Moore, Plaintiff-Appellant,
against
Google LLC, Defendant-Respondent.

Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Emily Morales-Minerva, J.), entered November 29, 2022, which, upon renewal, granted defendant's motion to dismiss the complaint pursuant to CPLR § 3211(a)(7).

Per Curiam.
Appeal from order (Emily Morales-Minerva, J.), entered November 29, 2022, dismissed, without costs, as taken from nonappealable paper.
Since plaintiff did not oppose defendant's motion to dismiss the complaint, he is not aggrieved by the grant of the motion and may not appeal from it (see CPLR 5511; Leader v Parkside Group, 159 AD3d 523 [2018]). Plaintiff's remedy was to move to vacate his default in the motion court and, if his motion was denied, to appeal the order denying the motion (see Squadron, Ellenoff, Plesent, Sheinfeld & Sorkin v Mazzella, 262 AD2d 15 [1999]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 15, 2024